BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, WA STATE BAR NO. 44452
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
EMAIL: bill.humphries@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DOUGLAS V. TOOMER, <br><br> Plaintiffs, <br><br> v. <br><br> TERRAPOWER, LLC and BATTELLE ENERGY ALLIANCE, LLC, <br><br> Defendants. | Case No. 4:16-CV-00226-DCN <br><br> **UNITED STATES' MOTION TO DISMISS RELATOR'S COMPLAINT** <br><br> **FILED UNDER SEAL** |

The United States moves this Court to dismiss the above-captioned action and Relator's Amended Complaint Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729 *Et Seq.*, filed under seal, (ECF No. 10) ("Complaint") pursuant to 31 U.S.C. § 3730(c)(2)(A), except for cause of action eight in the Complaint seeking relief for retaliation.  Claim eight is an individual cause of action of Douglas V. Toomer.  The United States has filed a memorandum in support of this motion contemporaneously with this motion.

//

//

//

UNITED STATES' MOTION TO DISMISS RELATOR'S COMPLAINT - 1

DATED this 20th day of November, 2017.

BART M. DAVIS
United States Attorney
By

/s/ William M. Humphries
WILLIAM M. HUMPHRIES
Assistant United States Attorney

UNITED STATES' MOTION TO DISMISS RELATOR'S COMPLAINT - 2

CERTIFICATE OF SERVICE

Pursuant to 31 U.S.C. § 3730(c)(2)(A), I hereby certify that on November 20, 2017, the foregoing **UNITED STATES' MOTION TO DISMISS RELATOR'S COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

N/A

And, I hereby certify that the following listed non-registered CM/ECF participants were served by United States mail, postage prepaid and via email:

Nathan M. Olsen
Petersen Moss Hall & Olsen
485 "E" Street
Idaho Falls, ID 83402
nolsen@pmholaw.com
Attorney for Relator

/s/ William M. Humphries
William M. Humphries
Assistant United States Attorney

UNITED STATES' MOTION TO DISMISS RELATOR'S COMPLAINT - 3